ACCEPTED
03-14-00117-CV
4010476
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/3/2015 6:12:14 PM
JEFFREY D. KYLE
CLERK

# WASOFF & COWART PLLC



*attorneys at law*

100 North Central Expressway, Suite 901 - Richardson, Texas 75080*

Phone (214) 692-9700        Fax (214) 550-2674

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/3/2015 6:12:14 PM
JEFFREY D. KYLE
Clerk

Harry K. Wasoff, Jr. (1936 - 2012)

*By Appointment Only

Thomas B. Cowart
Board Certified - Civil Appellate Law, Texas Board of Legal Specialization
tom@tcowart.com

# NOTICE OF CHANGE OF ADDRESS

February 3, 2015

Jeffrey D. Kyle
Clerk of the Court, Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

> re:     Gonzales v. Gonzales, No. 03-14-00117-CV (in the Court of Appeals for the Third Court of Appeals District at Austin)

Dear Mr. Kyle,

This is to advise you that as of Monday, February 2, 2015, my address for this mater has changed to:

> Thomas B. Cowart
> 100 North Central Expressway, Suite 901
> Richardson, Texas 75080
> Phone (214) 692-9700
> Fax (214) 550-2674
> email: tom@tcowart.com

Please change your records in this matter accordingly.

> With kind regards
> **/s/ Thomas B. Cowart**
> Thomas B. Cowart

cc:     Wilson Shirley via efile